**2006–1403. State ex rel. Ebersole v. Indus. Comm.**
Franklin App. No. 05AP–302, 2006-Ohio-3441. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*February 26, 2008*

[Cite as *02/26/2008 Case Announcements*, 2008-Ohio-746.]

### MOTION AND PROCEDURAL RULINGS

**2007–1311. Doe v. Massillon City School Dist.**
Stark App. No. 2006CA00227, 2007-Ohio-2801. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellee's motion to seal the second supplement,

It is ordered by the court that the motion is granted.

**2007–1718. Brown v. Levin.**
Board of Tax Appeals, No. 2006–R–1041. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellants' request for an oral argument before the full court,

It is ordered by the court that the motion is granted.

**2008–0304. Safeco Ins. Co. of Am. v. Fed. Ins. Co.**
Hamilton App. No. C–070074, 2007-Ohio-7068. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion to seal the record and pleadings on appeal,

It is ordered by the court that the motion is granted.

### RECONSIDERATION OF PRIOR DECISIONS

**2008–0239. State v. Williams.**
Summit App. No. 22885. Reported at 116 Ohio St.3d 1516, 2008-Ohio-497. On motion for reconsideration. Motion denied.